SCOTT, Respondent, v. AMERICAN RY. ELECTRIC LIGHT CO., Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by John L. Scott against the American Railway Electric Light Company.

L. H. Beers, for appellant. C. D. Ingersoll, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.